UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLOSSOM HILL INVESTMENT CO., a California limited partnership; MEIZHEN WANG dba TEA GARDEN CHINESE KITCHEN; WALGREEN CO., an Illinois corporation, dba WALGREENS #2786,<br><br>　　　　　Defendants. | Case No.  5:15-cv-00144-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

　　　**On or before March 31, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **April 12, 2016 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 5, 2016** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

1  Order to Show Cause hearing will be automatically vacated and the parties need not file a
2  statement in response to this Order.
3      SO ORDERED.
4  Dated:   February 8, 2016

_____
Howard R. Lloyd
United States Magistrate Judge

5:15-cv-00144-HRL Notice has been electronically mailed to:

Christopher Onstott     constott@kmtg.com, ehamman@kmtg.com

Cris Campbell Vaughan     ccvaughan@sbcglobal.net, smangeli@sbcglobal.net

Rex Darrell Berry     rberry@kmtg.com, krockenstein@kmtg.com, lchenknapp@kmtg.com, Sdahlke@kmtg.com

Tanya Eugene Moore     tanya@moorelawfirm.com, david@moorelawfirm.com, isaac@moorelawfirm.com, marejka@moorelawfirm.com, whitney@moorelawfirm.com