UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>  v.<br><br>BLOSSOM HILL INVESTMENT CO., et al.,<br><br>    Defendants. | Case No.  5:15-cv-00144-HRL<br><br>**ORDER CONTINUING SHOW CAUSE DEADLINES** |

Based on the parties' April 5, 2016 status report, the court continues the deadlines set in its Order to Show Cause re Settlement (Dkt. 37) as follows:

The parties shall file by **May 17, 2016** an updated joint report re the status of their settlement and appear on **May 24, 2016 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  If a stipulated dismissal is filed before May 17, the show cause hearing will be automatically vacated and the parties need not file a joint status report.

SO ORDERED.

Dated:  April 6, 2016

_____
Howard R. Lloyd
United States Magistrate Judge

5:15-cv-00144-HRL Notice has been electronically mailed to:

Christopher Onstott     constott@kmtg.com, ehamman@kmtg.com

Cris Campbell Vaughan     ccvaughan@sbcglobal.net, nrsmith@sbcglobal.net, smangeli@sbcglobal.net

Rex Darrell Berry     rberry@kmtg.com, krockenstein@kmtg.com, lchenknapp@kmtg.com, Sdahlke@kmtg.com

Tanya Eugene Moore     tanya@moorelawfirm.com, ashley@moorelawfirm.com, david@moorelawfirm.com, isaac@moorelawfirm.com, marejka@moorelawfirm.com, whitney@moorelawfirm.com